### McCLAIN v. STATE.

No. 21189.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

C. W. Falvey, of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for passing a forged instrument; punishment, five years' confinement in the penitentiary.

The indictment properly charges the offense. The record before us contains neither statement of facts nor bills of exception, hence no matter of procedure is presented for review.

The judgment is affirmed.